IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10595
Summary Calendar
_____

JOHN ERIC JACKSON, ET AL.,

Plaintiff,

JOHN ERIC JACKSON,

Plaintiff-Appellant,

versus

RODNEY COOPER, Senior Warden;
B. FORSHEE; GARY L. JOHNSON, Director,
TDCJ,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 1:97-CV-277

_____

November 27, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

John Eric Jackson, Texas prisoner #658692, appeals the magistrate judge's dismissal of his 42 U.S.C. § 1983 prisoner civil rights case. Having reviewed the record and Jackson's arguments on appeal, we AFFIRM for essentially the same reasons cited by the magistrate judge. See Jackson v. Cooper, 1:97-CV-277 (N.D. Tex. Apr. 29, 1998).

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.